```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| PHILLIP WALLACE and<br>ANITA WALLACE | : | CIVIL ACTION |
| v. | : | |
| EQUICREDIT, et al. | : | NO. 02-CV-4150 |

### **O R D E R**

AND NOW, this 11th day of December, 2002, in consideration of the Plaintiff's Motion for Judgment by Default Against Defendant, Stone Loren Financial, Inc., to which no response has been filed, and in consideration of Local Rule of Civil Procedure 7.1(c), the motion is considered uncontested, it is ORDERED that Plaintiff's Motion for Judgment by Default Against Defendant, Stone Loren Financial, Inc. is GRANTED.

                                    BY THE COURT:


                                    _____
                                    JAMES McGIRR KELLY, J.