IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILLIP WALLACE, et al. | : | |
| Plaintiffs | : | |
| vs. | : | CIVIL ACTION |
| EQUICREDIT, et al., | : | NO. 02-4150 |
| Defendants | : | |

## O R D E R

AND NOW, TO WIT this 21st day of August, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

ORDERED that the above action is DISMISSED with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

_____                     _____
SHARON A. HALL                                  HONORABLE JAMES MCGIRR KELLY
Deputy Clerk                                    Judge, United States District Court


Copies mailed:     Robert P. Cocco, Esquire
                   Peter F. Giamporcaro, Esquire