IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILLIP WALLACE, et al. | : | Date of |
| | : | Notice: December 3, 2003 |
| Plaintiffs | : | Civil Action No. 02-4150 |
| vs. | : | |
| EQUICREDIT, et al., | : | |
| Defendants | : | |

# NOTICE

**TAKE NOTICE** that the above-entitled case has been set for a **Hearing re: Motion of Plaintiff's Counsel for Leave to Withdraw** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on Thursday, January 8, 2004 at 10:30 a.m. before the Honorable James McGirr Kelly, in Courtroom 4B.

**PLAINTIFF'S COUNSEL IS DIRECTED TO NOTIFY HIS CLIENTS OF SAID HEARING BY FIRST CLASS U.S. MAIL, POSTAGE PREPAID AND SUPPLY THEM WITH A CERTIFICATE OF SERVICE.**

**ALL PARTIES ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.**

Very truly yours,

Sharon A. Hall
Deputy Clerk to Judge James McGirr Kelly
(267) 299-7569

[]  THIS PROCEEDING IS BEING RESCHEDULED FROM

Notice to:    Robert P. Cocco, Esquire
Peter F. Giamporcaro, Esquire