IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILLIP WALLACE and ANITA WALLACE | : | CIVIL ACTION |
| v. | : | |
| EQUICREDIT, et al. | : | NO. 02-CV-4150 |

**O R D E R**

AND NOW, this 8th day of January, 2004, in consideration of the Plaintiffs' Counsel's Motion for Leave to Withdraw, and after hearing thereon, and where the plaintiffs were previously informed of the motion and no objection to the motion having been made by any party, it is ORDERED that:

1. Plaintiffs' Counsel's Motion for Leave to Withdraw is GRANTED.

2. This case shall be marked statistically as CLOSED.

BY THE COURT:

_____
JAMES McGIRR KELLY, J.